IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAURA MARIE JACKSON**                                                               **PLAINTIFF**

V.                      **NO. 4:20-CV-01333 BRW-PSH**

**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

## ORDER

       I have reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration of the Recommendation and the entire record, I approve and adopt the Recommended Disposition in all respects.

       Accordingly, the Commissioner's decision is AFFIRMED, and judgment is entered in favor of the Defendant.

       IT IS SO ORDERED this 22nd day of November, 2021.

                                                  <u>Billy Roy Wilson</u>_____
                                                  UNITED STATES DISTRICT JUDGE