IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAURA MARIE JACKSON                                                                 PLAINTIFF

V.                                          NO. 4:20-CV-01333 BRW-PSH

SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED with prejudice. Judgment is entered in favor of Defendant.

IT IS SO ORDERED this 22nd day of November, 2021.

                                                Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE